FILED LODGED RECEIVED COPY
FEB 0 1 2018
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ______ DEPUTY

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

HARRY D. DALTON
2085 Mesquite Ave #14
Lake Havasu City, AZ 86403
**PLAINTIFF**
**-VS-**
Arizona Living Rental & Property Management-EL, All
Keller William EL, All
1900 McCulloch Blvd, Lake Havasu City, AZ 86403
Karen Bohler
Vicki Runyon operating Principal
86 Smoketree #101, Lake Havasu City, AZ 86403
**DEFENDANTS**

CASE NUMBER
**CV-18-08013-PCT-MHB**

JURY NO

**COMPLAINT DISABILITY DISCRIMINATION**
**FAIR HOUSING ACT 42.U.S CODE**
**SS-3601-3619-3631**

On 01-19-18 I, Harry Dalton went to the office of Arizona Living Rental & Property Management to talk with Karen Bohler about trying to be helpful on the showing of the condo for sale, which I currently lease until April 31, 2018 to make it easier on the agent and myself. I asked the agent to text myself, Harry Dalton when she is requesting to show the property and not have to meet the agent at the office every time she wanted to show the condo.

It is very inconvenient for me to be able to do that. I requested to only have to sign the showing notice one time and then she could text me with the day and time she wanted to show the property. I, Harry Dalton asked Arizona Living Rental & Property Management to ask the owner of the property if this would be okay. After I asked this question, I, Harry Dalton was told that this was not possible by Karen Bohler, that she would not call or email the owner of the condo. I told Ms. Bohler that I have a disability, and I told the agent, **Sarra Scheller,** that I had 6 back surgeries and had broken my neck at the C-1 and wake up with really bad headaches. I also mentioned that I was going to be needing another surgery, however, she didn't care. I was told, in very clear words, that no one cared about my disability, that Ms. Bohler works for the owner not for Harry Dalton, that she could throw me out at any time disability or not. I got up and left the office and went to Arizona Living Rental & Property Management at Keller Williams and spoke with Vicki Runyon, owner of Arizona Living Rental & Property Management and tried to talk with Ms. Runyon on how we could help each other in the sale of the condo and how rude I was treated by the office of Arizona Living Rental & Property Management. Ms. Runyon, as well, was very rude and stated she would not email the owner of the condo, that my disability meant nothing to her as well.

Within 48 hours of the time and date, I, Harry Dalton received a notice of non-renewal from Arizona Living Rental & Property Management. I, Harry Dalton did my best to be helpful in showing of the property. Please look at an email sent to the agent on 1-22-18, past showings, the agent never showed up or called, yet I was still helpful even to the point of sending pictures of the inside of the condo to the agent. I, Harry Dalton told Arizona Living Rental & Property Management that I was a disabled person, I feel this is the reason I received a non-renewal notice, sent by Ms. Bohler, she said that my disability was just an excuse. I have leased this condo for 4 years and have been a very good renter.

Harry Delbert Dalton

2085 Mesquite Ave #14

Lake Havasu City, AZ 86403

Relief/Settlement of Claim amount $500,000.00

**Damages-Mental Anguish and Suffering**

The Defendant intentionally, within 48 hours sent a non-renewal notice of lease to Harry Dalton with 90 days plus left on the lease; to intentionally inflict harm and pain to the Plaintiff Harry Dalton due to my disability. I told both Defendants that I, Harry Dalton suffered from awful headaches due to past lateral fracture of C-1 as this was an intentional action of hate and power from the Defendants and how they both wanted to show Harry Dalton that his disability meant nothing to them.

I, Harry Dalton would like to say if a person has not experienced nerve pain in the spinal cord, head or back that it is a horrible pain. I, Harry Dalton have shown that I acted in good faith to try to help the sale of the condo. It was the Defendants that did not act as a reasonable person and yet the Defendants wanted to inflict as much pain and distress as they could. To state that a disability of a person meant nothing is heartless.

Thank you,

Harry Dalton 1-31-18

2085 Mesquite Ave #14

Lake Havasu City, AZ 86403

Please see exhibits: 1-OF-3

DEFENDANT

Vicki Runyon-Keller Williams

Arizona Living

1990 McCulloch Blvd

Lake Havasu City, AZ 86406

978-680-8161

Arizona Living Rental & Property Management.


DEFENDANT

Karen Bohler

Arizona Living Rental & Property Management

86 E. Smoketree Ave #101

Lake Havasu City, AZ 86403

928-953-3500


PLAINTIFF

Harry D. Dalton

2085 Mesquite Ave #14

Lake Havasu City, AZ 86403

928-706-5269

CAME IN THE MAIL ON 2/5/18

(1)

Arizona Living Rentals & Prop Mgmt

# NOTICE OF NONRENEWAL OF LEASE AGREEMENT

Document updated: August 2013

*The pre-printed portion of this form has been drafted by the Arizona Association of REALTORS®. Any change in the pre-printed language of this form must be made in a prominent manner. No representations are made as to the legal validity, adequacy and/or effects of any provision, including tax consequences thereof. If you desire legal, tax or other professional advice, please consult your attorney, tax advisor or professional consultant.*

1. To: Harry D Dalton and All Occupants
2. Premises: 2085 Mesquite Ave #B14 Lake Havasu City AZ 86403
3. [X] **NONRENEWAL OF LEASE**
4. The term of your present Lease Agreement is due to expire and will not be renewed.
5. You must vacate the Premises no later than 03/31/2018 (MO/DA/YR) at 4:00 [ ] a.m./[X] p.m.
6. [ ] **NONRENEWAL OF MONTH-TO-MONTH TENANCY**
7. Pursuant to A.R.S §33-1375(B), you are hereby notified that the Landlord has elected to terminate your month-to-month
8. tenancy. Your tenancy will terminate on ________ (MO/DA/YR) at ________ [ ] a.m./[ ] p.m., which is at least 30 days
9. after your next rental due date.
10. **All rent must be paid through the end of your Lease Agreement and your security deposit(s) may not be used for your last month's**
11. **rent.** Your security deposit(s) will be applied towards any damages beyond normal wear and tear. Please notify the Landlord/Property
12. Manager of your forwarding address so that your refundable security deposit(s), minus any deductions, may be mailed to you. In most
13. circumstances, pursuant to A.R.S. §33-1321(C), you may require that the landlord notify you of when the move out inspection will occur.
14. If you remain in possession beyond the date set forth above, your conduct will be deemed willful and you will be considered a
15. "holdover tenant" at which point the landlord may bring an action for possession and may recover damages in an amount equal to not
16. more than two month's periodic rent or twice the actual damages sustained by the landlord, whichever is greater. A.R.S. §33-1375(C).
17. **Landlord/Property Manager**
18. [signature] ^ LANDLORD/PROPERTY MANAGER/AUTHORIZED REPRESENTATIVE'S SIGNATURE
19. Any licensed agent at Arizona Living Rentals & Property Mgmt — LANDLORD/PROPERTY MANAGER/AUTHORIZED REPRESENTATIVE'S PRINTED NAME
20. 86 S. Smoketree #101 (ADDRESS) — Lake Havasu City (CITY) — AZ (STATE) — 86403 (ZIP CODE)
21. (928)453-3500 (TELEPHONE) — azlivingteam@gmail.com (EMAIL)

---

22. **Notice Delivered this** ________ **day of** ________ , ________
23. [X] Certified or Registered mail
24. Receipt Number: 7016 3560 0000 3304 8961
25. [ ] Hand Delivered
26. Acknowledgement of Hand Delivery by Tenant: ________

Pursuant to A.R.S. §33-1313, receipt of notice occurs when the notice is actually received, delivered in hand to the tenant, or mailed by registered or certified mail to the tenant at the place held out by the tenant as the place for receipt of the communication or, in the absence of such designation, to the tenant's last known place of residence. If notice is mailed by registered or certified mail, the tenant is deemed to have received such notice on the date the notice is actually received by tenant or five days after the date the notice is mailed, whichever occurs first.

Notice of Nonrenewal of Lease Agreement • August 2013
Copyright © 2013 Arizona Association of REALTORS®. All rights reserved.

Arizona Living Rentals & Prop Mgmt, 86 S. Smoketree Lake Havasu City AZ 86403
Phone: (928) 453-3500 Fax: (928) 453-4644 Arizona Living Rentals & Prop Mgmt 2085 Mesquite #B14
Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026 www.zipLogix.com



2

UNITED STATES POSTAL SERVICE

We ReDeliver for You!

Download Informed Delivery APP to manage your redeliveries.

**Sorry we missed you while you were out.**

Date: 01 · 24 · 2018

The item was sent by: AZ . Living

It was sent to: HARRY DALTON

At this address: 2085 Mesquite AVE #14

**About the missed delivery:**

It was a:

____ Package ✓ Letter ____ Large envelope

Available for pickup after:

Date 9:30 AM 01 · 25 - 2018 THUR.

This is the:

☐ First attempt ☐ Final notice

We'll hold on to it until: ____

For redelivery, scan the QR code or go to *usps.com/redelivery* and enter the barcode number shown below.

5293 0578 7895 2965

**We have item/s for you which we could not deliver because:**

☐ It requires a payment of $____ for:

____ Postage due ____ Customs

☐ Receptacle full/item oversized

☐ No secure location available

☒ No authorized recipient available

☒ Signature required (Adult Signature items-must be 21 + years old)

☐ Other: ____

***Please see reverse for redelivery or pickup options.***

PS Form 3849, January 2018

FIRST-CLASS MAIL

)0.47

ZIP 85260

11252212

**Subject:** Re: Signing completed: 2 Day Notice To Show Property.

**From:** harry dalton (harrydalton447@yahoo.com)

**To:** sarrarose.schneller@gmail.com;

**Date:** Monday, January 22, 2018 12:46 PM

Sarra, its like I told you I can,t sign on line or with my phone. I left you a mess on sunday on your voice mail that I had droped my phone I went out of my way to call you. Can come by today at 6pm 1-24-18. I will sign the Doc,s shown the house on 1-25-18 from 10.30am to 1.30pm. Sarra can you get with the owners ok so that we can do everything by text. I have tried to work with you and every one but this has made it hard on me. I don,t no what more I can do to help you. the last time you wanted to shown the house you never showned or called then last week you had something to do and again could not make it like you said. I understand that things come up this is why if we can text it will make it ez on every one. I want to help you but I do not want the undue stress. I will have a new phone by 1-28-18 anyway so I take it your going to be at the house @ 6.pm today to have me sign paper work the show the house in the morning as you said? Sarra please understand I have no way to get back with you intill I get a new phone on the 28th as I have said in this e-mail I,m at the Library now to help you. Its hard to reply to this site Harry.

On Sunday, January 21, 2018 4:30 PM, Sarra Schneller <noreply@esignonline.net> wrote:

ARIZONA ASSOCIATION OF REALTORS

eSign AAR DIGITAL SIGNATURE

## Congratulations! All parties have signed the session: 2 Day Notice To Show Property

All parties to the signing session have been emailed copies.

You can download a copy of the signed document(s) for your records.

## Download Documents.

To contact the sender, please email: sarrarose.schneller@gmail.com

To receive technical assistance with the signing session, please email: support@aaronline.com

Need signatures quick? Getting signatures is only seconds away! Save time, save paper, get eSignOnline today. Click here to register for a free account.

Powered by GoPaperless Solutions