IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Harry Dalton,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Arizona Living Rental and Property Management, LLC, et. al.,<br><br>　　　　　Defendants. | No. CV-18-8013-PCT-MHB<br><br>**MINUTE ORDER** |

Plaintiff has filed an application for entry of default requesting default against Defendants (Doc. 15). The service documents (Docs. 8, 9, and 10) reflect service on February 8, 2018. Defendants filed an Answer on February 23, 2018. Therefore, the Clerk is unable to enter the defaults requested.

DATED this 26th day of February, 2018.

　　　　　　　　　　　　　　　　　　BRIAN D. KARTH
　　　　　　　　　　　　　　　　　　DISTRICT COURT EXECUTIVE/
　　　　　　　　　　　　　　　　　　CLERK OF COURT


　　　　　　　　　　　　　　　　　By    s/ S. Fredlund
　　　　　　　　　　　　　　　　　　　S. Fredlund
　　　　　　　　　　　　　　　　　　　Deputy Clerk