# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Harry D. Dalton, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> Arizona Living Rental and Property ) <br> Management, LLC, Keller William, ) <br> Karen Bohler, and Vicki Runyon, ) <br> ) <br> Defendants. ) <br> ) | Case No. CV-18-08013-PCT-MHB <br><br> **ORDER** |

The Court having reviewed the parties' Joint Case Management Report (Doc. 39),

**IT IS ORDERED** that, if the parties believe that there exists a reasonable prospect of settlement at a settlement conference before another U.S. Magistrate Judge, they are directed to file a joint request for a referral, in which they avow that a settlement conference would not be a futile exercise, and that they believe there exists a reasonable prospect of settlement. The Court will then refer the case for a settlement conference before another U.S. Magistrate Judge in this District.

Dated this 30th day of April, 2018.

_____
Honorable Michelle H. Burns
United States Magistrate Judge