Jay Bidwell
WACHTEL, BIEHN & MALM
2240 McCulloch Blvd.
Lake Havasu City, AZ  86403
Telephone: 928-855-5115
Facsimile: 928-855-5211
jaybidwell@wbmlaw.com
State Bar Id. 020108
Attorney for Defendants

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| HARRY D. DALTON, | Case No. CV-18-08013-PCT-MHB |
| Plaintiff, | |
| vs. | **STIPULATION TO DISMISS WITH PREJUDICE** |
| ARIZONA LIVING RENTAL AND PROPERTY MANAGEMENT, LLC, KELLER WILLIAM, KAREN BOHLER, AND VICKI RUNYON, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, and through their respective counsel, that this case be dismissed with prejudice, each party to bear their own costs and attorney's fees.

RESPECTFULLY SUBMITTED this 4th day of May, 2018.

| | |
|---|---|
| Harry D. Dalton<br>1090 Shiloh Rd.<br>Russellville, AR 72802<br><br>Harry D. Dalton<br>Pro Per | WACHTEL, BIEHN & MALM<br>2240 McCulloch Boulevard<br>Lake Havasu City, AZ 86403<br><br>Jay Bidwell<br>Attorneys for Defendants |

aj
Wachtel, Biehn & Malm
Attorneys at Law
2240 McCulloch Blvd.
Lake Havasu City
Arizona 86403
(928) 855-5115
Fax (928) 855-5211

1