IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Harry D. Dalton, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> Arizona Living Rental, et al., ) <br> ) <br> Defendants. ) <br> ) | Case No. CV-18-08013-PCT-MHB <br><br> **ORDER** |

The Court having reviewed the Stipulation to Dismiss with Prejudice (Doc. 48), and good cause shown,

IT IS ORDERED granting the Stipulation (Doc. 48),

IT IS FURTHER ORDERED denying as moot any pending motions,

IT IS FURTHER ORDERED that this case is dismissed with prejudice, each party to bear their own costs and attorney's fees.

Dated this 7th day of May, 2018.

_____
Honorable Michelle H. Burns
United States Magistrate Judge